## EX PARTE STATE.
(Decided January 21, 1915.)

CERTIORARI to Court of Appeals.

R. C. BRICKELL, Attorney General, for appellant. JOHN R. TYSON, for appellee.

SOMERVILLE, J.—Petition to review judgment and decision of Court of Appeals in *State v. Lovejoy*, 12 Ala. App. 630, 67 South. 738. Writ denied.

All concur save DE GRAFFENRIED, J., not sitting.

---

## EX PARTE TARRANT.
(Decided February 11, 1915.)

CERTIORARI to Court of Appeals.

KEITH & WILKINSON, for appellant. W. L. MARTIN, Attorney General, for appellant.

THOMAS, J.—Petition to review judgment and decision of Court of Appeals in *Tarrant v. State*, 12 Ala. App. 172, 67 South. 626. Writ denied.

All the Justices concur.

---

## EX PARTE THOMPSON.
(Decided November 30, 1914.)

ORIGINAL petition in Supreme Court.

G. M. THOMPSON, for appellant. M. L. WARD, and ARTHUR B. ESSLINGER, for appellee.

Per curiam. Petition for writ of mandamus to Hon. E. C. CROWE, requiring him to restore the case of *Matthew v. Thompson* to trial docket. Writ denied.

---

## EX PARTE THOMPSON.
(Decided January 14, 1915.)

ORIGINAL petition in Supreme Court.

RIDDLE, ELLIS & RIDDLE, for appellant. R. C. BRICKELL, Attorney General, for appellee.